The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTENSEN SHIPYARDS, LTD., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | FILED UNDER SEAL<br><br>Case No.: CV6-641-C<br><br>MOTION TO FILE MOTION TO INTERVENE AND FOR PROTECTIVE ORDER UNDER SEAL<br><br>NOTE FOR HEARING:<br>Friday, January 5, 2007 |

Pursuant to Local Rule 5(g), Privacy Ltd. and ETW Corporation request permission to file their Motion to Intervene and for Protective Order under seal. The following grounds support this request.

1. Local Rule 5(g) provides that materials in a court file or record may be sealed "on a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting files, records, or documents from public review."

2. Privacy Ltd. and ETW Corporation (collectively, "Intervenors") are filing the enclosed Motion to Intervene and for Protective Order ("Motion") in order to intervene in this action for the limited purpose of seeking a protective order prohibiting the disclosure of highly

Motion to File Motion to Intervene
CV6-641-C
- 1 -
VENABLE LLP
575 7TH Street NW
Washington, DC 20004-1601
Telephone: 202.344.4343

ORIGINAL

confidential information, which was produced under a stringent protective order in *Woods, et al. v. Christensen Shipyards, Ltd., et al.*, Civil Action No. 04-61432 (United States District Court for the Southern District of Florida) ("Underlying Lawsuit"). Specifically, Intervenors seek to protect from disclosure in this insurance coverage dispute - between Christensen Shipyards, Ltd. (the defendant in the Underlying Lawsuit) and its insurance carriers – highly confidential business and personal information that has nothing whatsoever to do with the instant action.

3. Much of the information set forth in Intervenors' Motion, as well as the documents at issue, are subject to a protective order entered by the United States District Court for the Southern District of Florida, which restricts their disclosure and mandates that they be filed in that case only under seal. (1/4/06 Order.)

4. In the instant action, Defendant insurance carriers have served extremely overly broad discovery requests upon Christensen, which seek production of all of the confidential documents produced by plaintiffs in the Underlying Lawsuit, as well as any privileged and confidential work-product that relates or refers to those same documents. Christensen has recently filed a Motion for Protective Order to prevent disclosure of these documents, and Intervenors seek to intervene to provide the Court with necessary and unique information about the documents at issue and the specific harm that would result should their highly confidential information be produced in this action.

5. Because it is necessary for Intervenors to describe in some detail the confidential information at issue and provide private facts in support of their Motion (information which is already protected pursuant to the protective order entered in the Underlying Lawsuit), they seek permission to file their Motion under seal. There is no public interest in the disclosure of these purely private matters, and, in contrast, Intervenors would suffer significant harm and prejudice

Motion to File Motion to Intervene
CV6-641-C
- 2 -
VENABLE LLP
575 7TH Street NW
Washington, DC 20004-1601
Telephone: 202.344.4343

if their Motion is not filed under seal.

6. Accordingly, Intervenors respectfully request permission to file their entire Motion and all supporting materials under seal.

DATED this 18th day of December, 2006.

                               VENABLE LLP,

                               By: *Heather F. Carr* WSBA #29780 for
                               J. Douglas Baldridge*
                               Danielle R. Foley*
                               VENABLE LLP
                               575 7th Street, N.W.
                               Washington, D.C. 20004
                               202-344-4000 Telephone
                               202-344-8300 Facsimile
                               jdbaldridge@venable.com
                               drfoley@venable.com

                             *Counsel for Privacy Ltd. and ETW Corporation*

                             *Admitted Pro Hac Vice*

Motion to File Motion to Intervene      - 3 -      VENABLE LLP
CV6-641-C      575 7th Street NW
Washington, DC 20004-1601
Telephone: 202.344.4343

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 18th day of December 2006, by facsimile and by U.S. Mail in a sealed first class postage prepaid envelope addressed to:

A. Richard Dykstra
J. William Ashbaugh
Heather L. Carr
Stafford Frey Cooper, P.C.
601 Union Street, Suite 3100
Seattle, WA 98101
206-623-9900 Telephone
206-624-6885 Facsimile
*Attorneys for Plaintiff Christensen Shipyards, Ltd.*

Bert W. Markovich
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101-2339
206-622-1711 Telephone
206-292-0460 Facsimile
*Attorneys for Defendant Navigators Insurance Company*

Charles C. Huber
Lane Powell, PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
206-223-7000 Telephone
206-223-7107 Facsimile
*Attorneys for Defendant St. Paul Fire and Marine Ins. Co.*

Daniel F. Knox
Schwabe, Williamson & Wyatt
1211 SW Fifth, Suite 1900
Portland, OR 97204-3795
503-222-9981 Telephone
503-796-2900 Facsimile
*Attorneys for Defendant Navigators Insurance Company*

_____
Emily Rayborn

Motion to File Motion to Intervene
CV6-641-C
- 4 -
VENABLE LLP
575 7TH Street NW
Washington, DC 20004-1601
Telephone: 202.344.4343