PLAINTIFF: Christensen

DEFENDANT: v. St. Paul Fire

CASE NO. C06-641 C

EXHIBIT LIST

06-CV-00641-BCST

| EXHIBIT NO. | DATE | OFFERED | OBJECTION | SUSTAINED | ADMITTED | | EXHIBIT NO. | DATE | OFFERED | OBJECTION | SUSTAINED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 8.15.17 | ✓ | | | ✓ | | 46 | 8·16·07 | ✓ | | | ✓ |
| 57 | " | ✓ | | | ✓ | | 206 | " | ✓ | ✓ | | ✓ |
| 19 | 8·16·07 | ✓ | | | ✓ | | 28 | 8/17/07 | ✓ | | | ✓ |
| 21 | " | ✓ | | | ✓ | | 55 | " | ✓ | | | ✓ |
| 22 | " | ✓ | | | ✓ | | 209 | " | ✓ | | | ✓ |
| 15 | " | ✓ | ✓ | | | | 62 | " | ✓ | | | ✓ |
| 212 | " | ✓ | | | ✓ | | 2 | " | ✓ | | | ✓ |
| 219 | " | ✓ | | | ✓ | | | | | | | |
| 7 | " | ✓ | | | ✓ | | | | | | | |
| 11 | " | ✓ | | | ✓ | | | | | | | |
| 12 | " | ✓ | | | ✓ | | | | | | | |
| 10 | " | ✓ | | | ✓ | | | | | | | |
| 108 | " | ✓ | ✓ | | ✓ | | | | | | | |
| 37 | " | ✓ | | | ✓ | | | | | | | |
| 14 | " | ✓ | | | ✓ | | | | | | | |
| 204 | " | ✓ | | | ✓ | | | | | | | |
| 34 | " | ✓ | | | ✓ | | | | | | | |
| 38 | " | ✓ | | | ✓ | | | | | | | |
| 40 | " | ✓ | | | ✓ | | | | | | | |

PLAINTIFF: _____

_____

v.

DEFENDANT: _____

_____

CASE NO. C06-641C

EXHIBIT LIST

| EXHIBIT NO. | DATE | OFFERED | OBJECTION | SUSTAINED | ADMITTED | | EXHIBIT NO. | DATE | OFFERED | OBJECTION | SUSTAINED | ADMITTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 8.14.07 | ✓ | | | ✓ | | 49 | 8.15.07 | ✓ | | | ✓ |
| 16 | " | ✓ | | | ✓ | | 60 | " | ✓ | | | ✓ |
| 30 | " | ✓ | | | ✓ | | 59 | " | ✓ | | | ✓ |
| 31 | " | ✓ | | | ✓ | | 8 | " | ✓ | | | ✓ |
| 26 | " | ✓ | | | ✓ | | 3 | " | ✓ | | | ✓ |
| 54 | " | ✓ | | | ✓ | | 9 | " | ✓ | | | ✓ |
| 58 | " | ✓ | | | ✓ | | 1 | " | ✓ | | | ✓ |
| 113 | " | ✓ | ✓ | ✓ | | | 13 | " | ✓ | | | ✓ |
| 121 | " | ✓ | | | ✓ | | 105 | " | ✓ | | | ✓ |
| 56 | 8/15/07 | ✓ | | | ✓ | | 109 | " | ✓ | | | ✓ |
| 23 | " | ✓ | | | ✓ | | 33 | " | ✓ | | | ✓ |
| 18 | " | ✓ | | | ✓ | | 35 | " | ✓ | | | ✓ |
| 29 | " | ✓ | | | ✓ | | 43 | " | ✓ | | | ✓ |
| 32 | " | ✓ | | | ✓ | | 110 | " | ✓ | | | ✓ |
| 41 | " | ✓ | | | ✓ | | 120 | " | ✓ | | | ✓ |
| 47 | " | ✓ | | | ✓ | | 50 | " | ✓ | | | ✓ |
| 44 | " | ✓ | | | ✓ | | 118 | " | ✓ | | | ✓ |
| 45 | " | ✓ | | | ✓ | | 119 | " | ✓ | | | ✓ |
| 25 | " | ✓ | | | ✓ | | 15 | " | ✓ | | | ✓ |