UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TITLE: Christensen v. St. Paul     CASE NO. C06-641

## WITNESS LIST

| Plf | Def | DATE | NAME | Plf | Def | DATE | NAME |
|---|---|---|---|---|---|---|---|
| ✓ | | 8-14-07 | Jan Peterson | | | | |
| ✓ | | 8/15/07 | " " | | | | |
| ✓ | | 8/15/07 | DONNA ZELLER | | | | |
| ✓ | | 8/16/07 | " " | | | | |
| ✓ | | " | Phillip Marshall | | | | |
| ✓ | | 8/17/07 | Michael Wampold | | | | |

06-CV-00641-CJA