HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTENSEN SHIPYARDS, LTD., a Washington Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a foreign corporation, and NAVIGATORS INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　　　　Defendants. | No. 06-0641-JCC<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL** |

## STIPULATION

The Parties to this litigation stipulate to entry of the subjoined order without further notice of entry to any party.

　　　DATED this 24th day of September, 2007.

| LANE POWELL PC | STAFFORD FREY COOPER |
|---|---|
| By __/s/ Charles C. Huber__<br>　　Charles C. Huber, WSBA No. 18941<br>Attorneys for Defendant St. Paul Fire and Marine Insurance Company | By __/s/ Kenneth Hobbs__<br>　　A. Richard Dykstra, WSBA No. 5114<br>　　Kenneth Hobbs, WSBA No. 15309<br>　　Heather L. Carr, WSBA No. 29780<br>Attorneys for Plaintiff Christensen Shipyards, Ltd. |

STIPULATION FOR AND ORDER OF DISMISSAL - 1
Case No. 06-CV-00641

119178.0006/1427479.1

## **ORDER**

Pursuant to the parties' stipulation, it is hereby ordered as follows:

All claims against Defendant St. Paul Fire and Marine Insurance Company are dismissed with prejudice.

DONE IN OPEN COURT on October 4th, 2007.

*[signature]*

THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

STIPULATION FOR AND ORDER OF DISMISSAL - 2
Case No. 06-CV-00641

119178.0006/1427479.1